FOURTH DIVISION
DILLARD, P. J.,

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**April 10, 2025**

# In the Court of Appeals of Georgia

A23A0731. LOVE v. MCKNIGHT.

DILLARD, Presiding Judge.

In *Love v. McKnight*,[1] the Supreme Court of Georgia reversed a portion of this Court's opinion in *McKnight v. Love*.[2] As a result, we vacate our earlier opinion in this case and adopt the opinion of the Supreme Court as our own. The judgment of the trial court, then, is reversed.

*Judgment reversed. Rickman, P. J., and Pipkin, J., concur.*

---

[1] Case No. S24G0371, 2025 WL 676631 (Ga. Mar. 4, 2025).

[2] 369 Ga. App. 812 (894 SE2d 110) (2023). The Supreme Court only reversed our judgment as to Case No. A23A0731 (*Love v. McKnight*) in Division 2. Our judgment as to Case No. A23A0703 (*McKnight v. Love*) in Division 1 was not before the Supreme Court and remains fully precedential.